Anonymous.

principles for the court to exercise the power of granting new trials in such cases, without special legislative authority to do so, this court, in the cause in the annexed rule mentioned, refused to grant a rule to show cause, inasmuch as it would only tend to consume the time of the court and create expense to the parties, without any beneficial result, according to the opinion which had been formed of the power of the court before stated, all which is respectfully submitted to the Supreme Court."

Opinion of the court by the Chief Justice.

KIRKPATRICK C. J. In this case, the court are of opinion—

1. That though a *mandamus* will lie to an inferior court to command them to proceed to judgment, yet it will not lie to command them to proceed to any particular judgment; and much less to command them to set aside a verdict and grant a new trial, or even to grant a rule to shew cause for that purpose.

2. That the Courts of Common Pleas have, by the constitution of the said courts, and by the principles of the ancient common law, a right to set aside verdicts and grant new trials; and that they have this right, as well in cases of appeal under statute as in other cases.

---

ANONYMOUS.

PRACTICE.

Service of notice of amercement on the sheriff must be a personal service.

*Wall* moved to amerce the sheriff of Cumberland, and read an affidavit of sending a *venditioni* and notice of this motion, by *mail*, to the sheriff.

*Per Curiam.* There must be proof of *personal service* of the notice on the sheriff. Proof of notice sent by *mail* is not sufficient; and, therefore, we cannot grant your motion.